Janine K. Jeffery, Esquire, Oren Rosenthal, Reily & Jeffery, Northridge, CA, for Defendant–Appellee.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Clarence Davis, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Davis failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent in treating his decayed tooth. *See id.* at 1057 (discussing the standard for deliberate indifference and explaining that mere negligence does not give rise to an Eighth Amendment violation).

**AFFIRMED.**

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Mercedes SALAZAR–VALENZUELA,**
**Defendant–Appellant.**

**No. 13–10003.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed Feb. 27, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Mercedes Salazar–Valenzuela, pro se.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

## MEMORANDUM **

Mercedes Salazar–Valenzuela appeals from the district court's judgment and challenges her guilty-plea conviction and 210–month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Pursu-

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Salazar–Valenzuela's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Salazar–Valenzuela the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Salazar–Valenzuela has waived her right to appeal her conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.